UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG A. DUNN,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. 13-CV-4398 (KMK) (JCM)

ORDER ADOPTING R&R

KENNETH M. KARAS, District Judge:

    On September 21, 2016, Magistrate Judge McCarthy entered a Report & Recommendation (the "R&R") recommending that this Court grant Defendant's Motion to Dismiss Plaintiff's Complaint. (R&R 8 (Dkt. No. 24).) In the thorough R&R, Judge McCarthy provided notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 8–9.) No objections were filed.

    Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that Defendant's Motion is granted.  The Clerk of Court is respectfully requested to terminate the pending Motion, (Dkt. No. 16), and close this case.

SO ORDERED.

Dated: November 28, 2016
       White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE